

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. 0-4856
Re: Do the peace Officers of the
State of Texas have the author-
ity to hold tires whose serial
numbers have been obliterated
or removed for the purpose of
identification, and would the
person in custody of such tires
be subject to prosecution under
Article 1436-1 of the Penal Code?

This will acknowledge receipt of your letter of
September 17, 1942, in which you quote Article 1436-1 of the
Penal Code in part, together with the sections and paragraphs
therein contained, as follows:

"Article 1436-1 of the Penal Code, Section 49,
Paragraph c, provides in part 'that any person who
shall alter, change, erase, or mutilate, for the
purpose of changing the identity of any motor num-
ber, serial number, or manufacturers number, placed
on any motor vehicle, or any part thereof, shall be
guilty of a felony.'

"Paragraph c, of the same Article and Section
provides 'that any person who shall have in his
possession a motor vehicle, a motor, a motor block,
or any part thereof, knowing that the motor number,
serial number, or manufacturers number, placed on
the same by the manufacturer for the purpose of
identification, has been changed, altered, erased,
or mutilated, for the purpose of changing the
identity of the motor vehicle, etc., shall be
guilty of a misdemeanor.'

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED

Honorable Homer Garrison, Jr., page 2

"Section d, of the foregoing Article and Section states 'that any regularly constituted peace officer finding anyone in possession of a motor vehicle, motor, motor block, or any part thereof, on which the motor number, serial number, or manufacturers number, has been altered, changed, erased, or mutilated, shall immediately take into his possession such motor vehicle, and shall hold the same for a sufficient length of time, to establish identity and make the necessary investigation to determine ownership.'"

You are advised that in our opinion paragraph d, of Section 49, Article 1434-1 of the penal code authorizes peace officers of this State to take into their possession any motor vehicle on which there are tires whose serial numbers have been obliterated or removed, for a sufficient length of time to establish identity and make the necessary investigation to determine ownership of the automobile, or the tires in question.

You are further advised that in our opinion, any person who shall have in his possession a motor vehicle, or any part thereof, knowing that the serial number of such part of said automobile placed on the same by the Manufacturer for the purpose of identification, has been changed, altered, erased, or mutilated, for the purpose of changing the identity of said motor vehicle, or any part thereof, is subject to prosecution for having committed a misdemeanor.

It is our opinion that a tire, when mounted on the wheel of an automobile, becomes one of its most essential parts.

However we do not believe that Article 1434-1 authorizes peace officers to take into their possession tires, when not attached to an automobile, whose serial numbers have been obliterated or removed, for a sufficient length of time to establish identity and make necessary investigation to determine ownership of such tires.

We trust this answers your request.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Fred C. Chandler

Fred C. Chandler
Assistant

FCC:JP

APPROVED OCT 2, 1942

APPROVED OPINION COMMITTEE BY CHAIRMAN